**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1313**

_____

CHOICE HOTELS INTERNATIONAL, INCORPORATED,

Plaintiff - Appellee,

versus

R. TALATI, Inc., A Ohio Corporation; PRAVIN
TALATI,

Defendants - Appellants.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Deborah K. Chasanow, District Judge.
(CA-02-1486-DKC)

_____

Submitted:  March 31, 2004          Decided:  April 16, 2004

_____

Before WILKINSON, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Onkar N. Sharma, SHARMA & BHANDARI, Silver Spring, Maryland, for
Appellants.  James G. Healy, CHOICE HOTELS INTERNATIONAL,
INCORPORATED, Silver Spring, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

R. Talati, Inc., a Ohio Corporation, and Pravin Talati appeal the district court's order confirming an arbitration award in favor of Choice Hotels International, Incorporated. We have reviewed the briefs filed by the parties and the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Choice Hotels Int'l v. Talati, No. CA-02-1486-DKC (D. Md. filed Feb. 14, 2003 & entered Feb. 19, 2003).

We dispense with oral argument because we have granted Appellants' uncontested motion to submit the case on the briefs and because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED